UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLI HEALTHCARE INC., | Case No. 1:23-cv-01443-NODJ-BAM |
| Plaintiff, | *Honorable Barbara A. McAuliffe* |
| v. | **[PROPOSED] ORDER REGARDING STIPULATION TO CORRECT COMPLAINT AND INCORPORATE DEFENDANT'S ANSWER TO ORIGINAL COMPLAINT AS THE OPERATIVE ANSWER TO CORRECTED COMPLAINT** |
| XAVIER BECERRA, in his official capacity as Secretary, United States Department of Health and Human Services, | |
| Defendant. | |
| | (Doc. 16) |

# ORDER

On January 8, 2024, Plaintiff filed an unopposed motion for leave to file a corrected complaint, noting that Paragraph 202 of Plaintiff's Complaint should read "In response, Ashli produced all of the requested records, along with a brief narrative and checklist, over a series of four productions made in May and June of 2021" instead of "In response, Ashli produced all of the requested records, along with a brief narrative and checklist, over a series of four productions made in May and June of 2023."  (Doc. 1 ¶ 202, Doc. 16.)  The Court discussed this motion at the Scheduling Conference and directed the parties to file a stipulation resolving Plaintiff's Motion (Doc. 16) and allowing that Defendant's Answer to Plaintiff's Complaint (Doc. 18) would also function as an answer to the corrected complaint.  (Doc. 20 at 2.)

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' request to correct an inadvertent typographical error in Plaintiff's Complaint (Doc. 1) by "correcting" the operative Complaint is DENIED;
2. Plaintiff may file an amended complaint, which is "complete in itself without reference to the prior or superseded pleading" (LR 220), that corrects the typographical error by amending the year listed at the end of paragraph 202 from "2023" to "2021"; and
3. The Answer filed by Defendant on January 9, 2024 (Doc. 18) is deemed the operative Answer in this matter and Defendant is not required to file an answer to Plaintiff's amended complaint.

IT IS SO ORDERED.

Dated:   **January 19, 2024**            /s/ *Barbara A. McAuliffe*          
                                         UNITED STATES MAGISTRATE JUDGE