UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ASHLI HEALTHCARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary, United States Department of Health and Human Services,<br><br>Defendant. | No. 1:23-cv-01443 WBS BAM<br><br><br>ORDER |

----oo0oo----

This case was recently assigned to the undersigned. The court adopts the briefing schedule set by the Magistrate Judge on plaintiff's objections to the administrative record and motion to supplement the administrative record but vacates the August 22, 2024 status conference set before the Magistrate Judge. Instead, the court sets an in-person status conference and hearing on plaintiff's objections to the administrative

1

record and motion to supplement the administrative record for **August 19, 2024 at 1:30 p.m.** in Courtroom 5 in the Robert T. Matsui Federal Courthouse in Sacramento.  The parties shall file a joint status report with their agreed briefing schedule on cross motions for summary judgment and discussing any other pending issues by **August 5, 2024.**

IT IS SO ORDERED.

Dated:  April 18, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE