1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   ASHLI HEALTHCARE INC.,                    Case No. 1:23-cv-01443-WBS-BAM

12             Plaintiff,                       *Honorable William B. Shubb*

13        v.                                    **ORDER ON STIPULATION
                                                REGARDING BRIEFING SCHEDULE**
14   XAVIER BECERRA, in his official capacity as **ON CROSS MOTIONS FOR**
     Secretary, United States Department of Health **SUMMARY JUDGMENT**
15   and Human Services,

16             Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

This matter having come before the Honorable William B. Shubb upon stipulation of the parties, IT IS HEREBY ORDERED that:

1. The deadline for Plaintiff and Defendant to file Cross Motions for Summary Judgment shall be 60 days after notice of the Court's decision on Plaintiff's Objections to the Administrative Record and Motion to Compel Completion of the Administrative Record ("Court's decision on the Motion to Compel.").

2. The deadline for Plaintiff and Defendant to file Oppositions to the Motions for Summary Judgment shall be ninety 90 days after the Court's decision on the Motion to Compel.

3. The deadline for Plaintiff and Defendant to file Replies to the Oppositions to the Motions for Summary Judgment shall be 104 days after the Court's decision on the Motion to Compel.

4. The hearing on the Motions, should the Court decide a hearing is necessary, shall occur no earlier than 5 weeks after Plaintiff and Defendant file their Replies to the Oppositions to the Motions for Summary Judgment.

IT IS SO ORDERED.

DATED:  August 15, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1