1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11 | ASHLI HEALTHCARE INC.,                              Case No. 1:23-cv-01443-WBS-BAM

12 |         Plaintiff,                                  *Honorable William B. Shubb*

13 |    v.                                               **ORDER APPROVING MOTION FOR LEAVE TO FILE DEMONSTRATIVE EXHIBITS**

14 | XAVIER BECERRA, in his official capacity as Secretary, United States Department of Health and Human Services,

15 |

16 |         Defendant.

17
18
19
20
21
22
23
24
25
26
27
28

1

1  THIS CAUSE having come before the court on Plaintiff's Contested Motion for Leave to File
2  Demonstrative Exhibits (the "Motion") [ECF No.51, and the court having reviewed the file and
3  being otherwise advised in the premises, it is
4  ORDERED and ADJUDGED that the Motion is Granted. Plaintiff shall be granted leave to file
5  its demonstrative exhibit to be presented at oral argument on February 20, 2025.
6  IT IS SO ORDERED .

Dated:  February 13, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE