MICHELE BECKWITH
Acting United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLI HEALTHCARE, INC., <br><br>    Plaintiff, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary, United States Department of Health and Human Services, <br><br>    Defendant. | CASE NO. 1:23-CV-01443-WBS-BAM <br><br> **ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE DEMONSTRATIVE EXHIBITS** |

   This cause comes before the Court on Defendant's Motion for leave to file demonstrative exhibits to Defendant's Motion for Summary Judgment. Finding good cause, the Court GRANTS Defendant's Motion. Defendant shall be granted leave to file its demonstrative exhibit to be presented at oral argument on February 20, 2025.

Dated: February 18, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1